CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUN - 6 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEMPSEY E. CLOMAN, | ) |
| Petitioner, | ) Case No. 7:08-cv-00329 |
| v. | ) FINAL ORDER |
| TERRY O'BRIEN, | ) By: Hon. Jackson L. Kiser |
| Respondent. | ) Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** and **ADJUDGED**

that the above referenced petition, pursuant to 28 U.S.C. § 2241, is **DISMISSED**; petitioner's motion to proceed in forma pauperis is **DENIED as MOOT**; and this action is **STRICKEN** from the active docket of this court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 6th day of June, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge